An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN EARL CRUTCHFIELD,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62639

**FILED**

JUL 2 2 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER OF AFFIRMANCE*

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of domestic battery causing substantial bodily harm. Sixth Judicial District Court, Humboldt County; Michael Montero, Judge.

Appellant Steven Earl Crutchfield contends that his right to due process and a preliminary hearing within 15 days were violated when the State sought and obtained a continuance of the preliminary hearing without good cause. *See* NRS 171.196(2); *e.g., Bustos v. Sheriff*, 87 Nev. 622, 491 P.2d 1279 (1971). Generally, the entry of a guilty plea waives any right to appeal from events occurring prior to the entry of the plea. *See Webb v. State*, 91 Nev. 469, 538 P.2d 164 (1975). Crutchfield does not assert, and the record does not demonstrate, that he preserved the right to appeal this issue pursuant to NRS 174.035(3) prior to pleading guilty. Therefore, we decline to consider the merits of Crutchfield's contention because his claim was waived when he entered his guilty plea. *See Menna v. New York*, 423 U.S. 61, 62 n.2 (1975) (explaining types of antecedent constitutional violations waived by the entry of a guilty plea); *United States v. O'Donnell*, 539 F.2d 1233, 1236-37 (9th Cir. 1976); *State v.*

SUPREME COURT
OF
NEVADA

(O) 1947A

13-21472

*Huebler*, 128 Nev. ___, ___, 275 P.3d 91, 96 (2012), *cert. denied*, 568 U.S. ___, 133 S. Ct. 988 (2013). Accordingly, we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc: Hon. Michael Montero, District Judge
Humboldt County Public Defender
Attorney General/Carson City
Humboldt County District Attorney
Humboldt County Clerk